PER CURIAM.
 

 The judgment under review granted the seller rescission of a complex real estate transaction. Based upon the trial court’s detailed findings with regard to the claim of fraudulent inducement, we AFFIRM the order of rescission.
 
 See Mazzoni Farms, Inc. v. E.I. DuPont De Nemours,
 
 761 So.2d 306, 313 (Fla.2000) (“Consistent with the majority view, Florida law provides for an election of remedies in fraudulent inducement cases: rescission, whereby the party repudiates the transaction, or damages, whereby the party ratifies the contract.”) The trial court specifically determined that the finding of fraudulent inducement, standing alone, would be sufficient to support rescission of the party’s transaction. We also AFFIRM the issues raised on cross-appeal.
 

 BARFIELD, KAHN, and VAN NORTWICK, JJ., concur.